UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **APRESE SYSTEMS TEXAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**HYUNDAI MOTOR COMPANY,**<br><br>Defendant | Case No.  2:25-cv-785<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Aprese Systems Texas, LLC ("Plaintiff" or "Aprese") files this Complaint against Defendant Hyundai Motor Company for infringement of Aprese's patent: U.S. Patent No. 11,893,378.

**THE PARTIES**

1. Plaintiff and patent owner Aprese is a Texas limited liability company with its headquarters and principal place of business in Austin, Texas.

2. Hyundai Motor Company is a foreign corporation with its principal place of business at 12 Heolleung-ro, Seocho District, Seoul, South Korea.

**JURISDICTION AND VENUE**

3. This is a patent suit brought under the United States Patent Act, namely 35 U.S.C. §§ 271, 281, and 284-285, among other laws.  This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(c) because Hyundai

Motor Company is a foreign corporation.

5. This Court has personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. On information and belief, Defendant has, directly or through subsidiaries or intermediaries, committed acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint. Moreover, on information and belief, Defendant has purposefully and voluntarily placed its products into the stream of commerce with the expectation that they will be purchased and used by customers located in the State of Texas. On information and belief, Defendant's customers in the State of Texas have used Defendant's infringing products.

6. Defendant markets, sells, and delivers accused products in this district, directs and instructs customers and end users how to use the accused products in this district, and have committed acts of infringement in this judicial district.

## FACTUAL BACKGROUND

**U.S. Patent No. 11,893,378**

7. Plaintiff is the owner by assignment of all right, title, and interest in and to U.S. Patent No. 11,893,378 (the "'378 Patent"), titled METHOD, APPARATUS, AND SYSTEMS FOR ENABLING DELIVERY AND ACCESS OF APPLICATIONS AND SERVICES, including the right to sue for all past, present, and future infringement, which assignment was duly recorded in the USPTO.

8. The application that became the '378 patent was filed on December 30, 2022.

9. The '378 patent issued on February 6, 2024, after a full and fair examination by the USPTO.

10. The '378 patent is valid and enforceable and directed to eligible subject matter.

11. The elements recited in the asserted claims of the '378 were not well-understood, routine, or conventional when the application that became the '378 patent was filed.

12. Aprese possesses all rights of recovery under the Asserted Patents.

### COUNT I – INFRINGEMENT OF THE '378 PATENT

13. Plaintiff realleges and incorporates by reference the allegations set forth above, as if set forth verbatim herein.

14. Defendant has made, used, sold, offered for sale, and/or imported products and/or services that incorporated one or more of the inventions claimed in the '378 patent.

15. For example, Defendant has infringed at least claims 1–7, 9 and 10 of the '378 patent, either literally or under the doctrine of equivalents, in connection with Defendants' vehicles that support Android Auto, as detailed in the preliminary claim chart attached hereto as Exhibit A and incorporated herein by reference.

16. Defendant's infringing activities have been without authority or license under the '378 patent.

17. Plaintiff has been damaged by Defendant's infringement of the '378 patent, and Plaintiff is entitled to recover damages for Defendant's infringement, which damages cannot be less than a reasonable royalty.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that the Defendant has infringed the '378 Patent;

2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '378 Patent;

3.  awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4.  granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated:  August 12, 2025                                  Respectfully Submitted

*/s/ Cabrach Connor*

**Cabrach J. Connor**
Texas State Bar No. 24036390
cab@clands.com
**John M. Shumaker**
Texas State Bar No. 24033069
john@clands.com

**CONNOR LEE SHUMAKER, PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: (512) 646-2060

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
111 Congress Ave, Suite 500
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**